# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHANIKA EDMOND

VERSUS

DOMINIQUE EDMOND

NO. 2021 CW 0242

**MARCH 09, 2021**

---

In Re:     Shanika Edmond, applying for supervisory writs, Family
           Court in and for the Parish of East Baton Rouge, No.
           200342.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **STAY DENIED; WRIT NOT CONSIDERED.** This writ application is
untimely.   The trial court denied relator's request for stay on
January 25, 2021, and notice was mailed that date.   Pursuant to
Rule 4-3 of the Uniform Rules of the Louisiana Courts of Appeal,
the return date in civil cases shall not exceed thirty days from
the date of notice, as provided by La. Code Civ. P. art. 1914.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT